237

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 68686.—Beacon Cycle & Supply Co. *v.* United States, protest 61/4717 (Philadelphia).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 68687.—Metasco, Inc. *v.* United States, protests 61/5009 and 59/19057 (Tampa).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 68688.—J. M. Rodgers Co., Inc., and Harris & Sons Steel Co. et al. *v.* United States, protests 60/23385, etc. (New York).